# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No. 2:18-cv-00599-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| SQUIRE VILLAGE AT SILVER SPRINGS COMMUNITY, et al., | |
| Defendants. | |

This matter is before the court on defendant SFR Investments Pool 1, LLC's demand for security of costs pursuant to NRS 18.130(1) (ECF No. 10), filed on April 27, 2018. The motion is unopposed.

Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." No party responded to the motion. Thus, the court will grant the motion.

IT IS THEREFORE ORDERED that defendant's motion for security costs (ECF No. 10) is GRANTED.

IT IS FURTHER ORDERED that plaintiff must post a $500.00 security bond with the clerk of court. This case is STAYED until plaintiff complies with this order.

DATED: May 22, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE