1  ZIEVE, BRODNAX & STEELE, LLP
   Shadd A. Wade, Esq.
2  Nevada Bar No. 11310
3  J. Stephen Dolembo, Esq.
   Nevada Bar No. 9795
4  9435 West Russell Road, Suite 120
5  Las Vegas, NV 89148
   (702) 948-8565; FAX (702) 446-9898
6  swade@zbslaw.com
   sdolembo@zbslaw.com
7  Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee
8  for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-25, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>SQUIRE VILLAGE AT SILVER SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Defendants. | **CASE NO.: 2:18-CV-00599-APG-CWH**<br><br>**STIPULATION AND ORDER TO STAY CASE AND EXTEND DEADLINES PENDING DECISION ON SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25 ("Plaintiff"), Defendant Squire Village at Silver Springs Community Association ("Squire Village"), and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by an through their respective counsel, hereby stipulate and agree to stay the instant matter pending a decision on SFR's Motion to Dismiss. Specifically, the Parties stipulate to the following:

1. Pursuant to the Joint Discovery Plan and Scheduling Order entered on June 15, 2018 [ECF No. 17], the current dispositive motions deadline is November 21, 2018, and the current date for the filing of the joint pretrial order is no later than December 21 2018, within thirty days after the date set for filing dispositive motions. [ECF No. 17].

2. On June 11, 2018, SFR filed a Motion to Dismiss BNYM's Compliant Pursuant to FRCP 12(b)(6) ("SFR's MTD"). [ECF No. 16].

3. Briefing has been completed on SFR's MTD [ECF No. 16] but no decision has been made. If granted, SFR's MTD will eliminate the need for further briefing. Therefore, good cause exists to extend the remaining deadlines and stay the case until a decision is made on SFR's MTD [ECF No. 16].

4. The parties stipulate to and respectfully request that the Court stay this case to allow sufficient time for the Court to rule on the pending SFR's MTD [ECF No. 16]. Once the Court rules on SFR's MTD [ECF No. 16], if the case is not dismissed, the discovery cut-off date will be reset for 60 days after the date of the Court's Order on SFR's MTD [ECF No. 16], and the dispositive motions deadline will be reset for thirty (30) days after the date of the reset discovery cut-off date. The deadline to file the joint pretrial order shall be extended to a date no later than 30 days after the dispositive motions deadline. If dispositive motions are timely filed, the deadline for filing the joint pre-trial order will be suspended until thirty (30) days after entry of the decision on the last such dispositive motion or further order of the Court.

5. Any scheduled depositions shall be cancelled by the noticing party for the duration of the stay, but may be re-noticed after the stay is lifted, if the case is not dismissed.

///
///
///
///
///

6. This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 7th day of August, 2018.

| | |
|---|---|
| **ZIEVE BRODNAX & STEELE, LLP** | **PENGILLY LAW FIRM** |
| */s/ Shadd A. Wade, Esq.* | */s/Chad Fuss, Esq* |
| Shadd A. Wade, Esq. | Elizabeth Lowell, Esq. |
| Nevada Bar Number 11310 | Nevada Bar No. 8551 |
| 9435 West Russell Road, Suite 120 | Chad D. Fuss, Esq. |
| Las Vegas, NV 89148 | Nevada Bar No. 12744 |
| swade@zbslaw.com | 1995 Village Center Circle, Suite 190 |
| *Attorneys for Plaintiff* | Las Vegas, Nevada 89134 |
| | *Attorney for Defendant Squire Village at Silver Springs Community Association* |

**KIM GILBERT EBRON**

*/s/Diana Ebron, Esq.*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorney for Defendant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 8, 2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **STIPULATION AND ORDER TO STAY CASE AND EXTEND DEADLINES PENDING DECISION ON SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS** was made on the __7th___ day of August, 2018, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

Elizabeth B. Lowell, Esq.
PENGILLY LAW FIRM
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
*Attorneys for Squire Village at Silver Springs Community Association*

KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
*Attorney for Defendant, SFR Investments Pool 1, LLC*

　　　　　　　　　　　　　　　　　__/s/Sara Hunsaker_____
　　　　　　　　　　　　　　　　　An employee of ZIEVE, BRODNAX & STEELE, LLP