ZBS LAW, LLP
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
(702) 948-8565; FAX (702) 446-9898
sdolembo@zbslaw.com
Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-25, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>SQUIRE VILLAGE AT SILVER SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO.: 2:18-CV-00599-APG-CWH<br><br>**PLAINTIFF'S MOTION TO RELEASE COST BOND PURSUANT TO NRS 18.130(1)**<br><br>**ORDER** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25 ("Plaintiff") hereby requests this Court to release the cost bond pursuant to NRS 18.130(1) of $500.00 that was deposited into the Registry Account of this Court on May 29, 2018. [ECF No. 15].

///

///

///

///

Plaintiff's complaint in this matter was dismissed on October 1, 2018 and there are no issues on appeal. [ECF No. 25].

DATED this  12th  day of January, 2020.

**ZBS LAW, LLP**

 /s/J. Stephen Dolembo, Esq  
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Road, Suite 120
Las Vegas, Nevada 89148
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 13, 2020.